```
JULIE M. MCCOY, Bar No. 129640
JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICES OF JULIE M. MCCOY
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416
```

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>Wilma M. McDonald,<br><br>　　　　　　　Defendant | No. CV 11-8226<br><br><br>CONSENT JUDGMENT |

　　Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Wilma M. McDonald, in the principal amount of $1,203.60 plus interest accrued to September 27, 2011, in the sum of $1,681.48; with interest accruing thereafter at 8.41% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of **$2,885.08**.

DATED: 11/3/2011　　　　　　By:　　TERRY NAFISI
　　　　　　　　　　　　　　　　　Clerk of the Court
　　　　　　　　　　　　　　　　　L. RAYFORD
　　　　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　　　　United States District Court

Page 5